UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME WHITE,<br><br>             Plaintiff,<br><br>    vs.<br><br>PATEL, et al.,<br><br>             Defendants. | 1:11-cv-00047-AWI-GSA-PC<br><br>ORDER REQUIRING DEFENDANTS CHEN AND PATEL TO FILE ANSWER TO COMPLAINT WITHIN THIRTY DAYS |

   Jerome White ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  This case now proceeds on the First Amended Complaint, filed on March 12, 2012, against defendants Dr. Patel, Dr. Chen, Dr. Ramon, and RN M. Thompson, for inadequate medical care in violation of the Eighth Amendment.  (Doc. 14.)

   On August 22, 2013, defendants Chen and Patel filed a motion to dismiss.  (Doc. 26.)  On March 18, 2014, the court denied the motion to dismiss.  (Doc. 38.)

   At this stage of the proceedings, IT IS HEREBY ORDERED that defendants Chen and Patel shall file an answer to the complaint, within thirty days from the date of service of this order.

IT IS SO ORDERED.

   Dated:   **March 21, 2014**                       **/s/ Gary S. Austin**
                                                          UNITED STATES MAGISTRATE JUDGE