UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME WHITE,<br><br>           Plaintiff,<br><br>      vs.<br><br>PATEL, et al.,<br><br>           Defendants. | 1:11-cv-00047-AWI-GSA-PC<br><br>ORDER REQUIRING DEFENDANTS TO RESPOND TO PLAINTIFF'S REQUEST FOR SETTLEMENT CONFERENCE, WITHIN THIRTY DAYS<br><br>(Doc. 47.) |

## I.     BACKGROUND

Jerome White ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  This case now proceeds on the First Amended Complaint, filed on March 12, 2012, against defendants Dr. Patel, Dr. Chen, Dr. Ramon,[1] and RN M. Thompson, for inadequate medical care in violation of the Eighth Amendment.  (Doc. 14.

On May 12, 2014, Plaintiff filed a request to participate in settlement negotiations in this action with Defendants.  (Doc. 47.)  Defendants have not filed a response to Plaintiff's request.

---

[1] On March 22, 2013, the court directed the U.S. Marshal to serve process upon defendants in this action. (Doc. 19.)  However, to date, defendant Ramon has not been served with process.

## II. SETTLEMENT PROCEEDINGS

The Court is able to refer cases for mediation before a participating United States Magistrate Judge. Settlement conferences are ordinarily held in person at the Court or at a prison in the Eastern District of California.

Within thirty days from the date of service of this order, Defendants shall respond to Plaintiff's request to participate in settlement negotiations, notifying the Court whether they believe, in good faith, that settlement in this case is a possibility and whether they are interested in having a settlement conference scheduled by the Court.[2]

Defendants' counsel shall also notify the Court whether there are security concerns that would prohibit scheduling a settlement conference. If security concerns exist, counsel shall notify the Court whether those concerns can be adequately addressed if Plaintiff is transferred for settlement only and then returned to prison for housing.

## III. CONCLUSION

Based on the foregoing, IT IS HEREBY ORDERED that within **thirty (30) days** from the date of service of this order, Defendants shall file a response to Plaintiff's request to participate in settlement negotiations, filed on May 12, 2014.[3]

IT IS SO ORDERED.

Dated:  **June 9, 2014**             /s/ Gary S. Austin
                                    UNITED STATES MAGISTRATE JUDGE

---

[2] The parties may wish to discuss the issue by telephone in determining whether they believe settlement is feasible.

[3] The issuance of this order does not guarantee referral for settlement, but the Court will make every reasonable attempt to secure the referral should both parties desire a settlement conference.