UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JEROME WHITE,

        Plaintiff,

  vs.

PATEL, et al.,

        Defendants.

1:11-cv-00047-AWI-GSA-PC

ORDER DENYING PLAINTIFF'S REQUEST FOR SETTLEMENT CONFERENCE
(Doc. 47.)

## I. BACKGROUND

Jerome White ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This case now proceeds on the First Amended Complaint, filed on March 12, 2012, against defendants Dr. Patel, Dr. Chen, Dr. Ramon,[1] and RN M. Thompson, for inadequate medical care in violation of the Eighth Amendment. (Doc. 14.

On May 12, 2014, Plaintiff filed a request to participate in settlement negotiations in this action with Defendants. (Doc. 47.) On June 16, 2014, Defendants filed a response to Plaintiff's request. (Doc. 49.)

## II. REQUEST FOR SETTLEMENT CONFERENCE

Plaintiff requested the opportunity to attempt to resolve the issues in this case, by a telephone conference with counsel for Defendants. Defendants responded that following

---

[1] On March 22, 2013, the court directed the U.S. Marshal to serve process upon defendants in this action. (Doc. 19.) However, to date, defendant Ramon has not been served with process.

Plaintiff's request, the parties engaged in settlement discussions but were unable to come to an agreement. Due to Plaintiff's evaluation of the lawsuit, Defendants do not believe that settlement is likely. However, Defendants are willing to participate in a settlement conference if Plaintiff considerably reevaluates the merits of this case and his settlement posture.

The Court shall not require Defendants to attend a settlement conference at this stage of the proceedings. Based on Defendants' response to Plaintiff's request, it appears unlikely that a settlement conference would be beneficial at this time. Therefore, Plaintiff's request shall be denied.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's request for a settlement conference, filed on May 12, 2014, is DENIED.

IT IS SO ORDERED.

Dated: **June 17, 2014**         **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE